FILED
JUN 21 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERCY L. JETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 11 1138 |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to that filed in *Jeter v. Fed. Bureau of Prisons*, No. 11-0996 (JEB), and it will be dismissed as duplicative.

An Order consistent with this Memorandum Opinion is issued separately on this same date.

United States District Judge

DATE: 6/17/11